156 P.3d 501

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 11, 2007**

27688 State v. Ford Affirmed

**April 20, 2007**

27738 Johnson, In re Affirmed

**April 26, 2007**

27598 State v. Pebenito Affirmed
26118 State v. Perry Affirmed

**April 27, 2007**

26904 Allen v. Lahaina Yacht Club Affirmed

**May 2, 2007**

27926 State v. Freitas Reversed